NVB 1006 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                         BK–20–14412–nmc
                                               CHAPTER 7
HEATHER MARIE LOTTA
    aka HEATHER MARIE JOHNSON

                                               ORDER GRANTING PAYMENT OF FILING
                        Debtor(s)              FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

The debtor(s) must pay the filing fee according to the following terms:

| You must pay.... | On or before this date... |
|---|---|

**PLEASE NOTE:** Debtors cannot make filing fee payments with a personal check or personal credit card. The court only accepts the amounts specified in this order. Payments made in cash are not accepted.

|       | You must pay.... | On or before this date... |
|-------|------------------|---------------------------|
|       | $ 80.00          | 9/8/20                    |
|       | $ 80.00          | 11/2/20                   |
|       | $ 80.00          | 12/2/20                   |
|       | $ 95.00          | 1/1/21                    |
| Total | $335.00          |                           |

**PLEASE ALSO NOTE:** If the dates noted above fall on a day when the court is closed, the due date becomes the next business day.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Dated: 9/4/20

*Mary A Schott*

Mary A. Schott
Clerk of Court